IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA R. BOVA and MARY J. FIELDS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-878-GPM |
| | ) |
| U.S. BANK, N.A., as Successor to Firstar Bank, N.A., | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Plaintiffs' motions for voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(2) (Docs. 14, 15). Defendant has not filed an answer or a motion for summary judgment. Accordingly, Plaintiffs' motions are construed as notices of dismissal under Rule 41(a)(1)(i), and this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED:  01/27/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge